# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

WENDI A. FORD                                                                                          PLAINTIFF

V.                                    NO. 4:11CV00604 JTR

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 28th DAY OF August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE